## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Debi Piscitiello,

      Plaintiff,

            Civ. No. 10-4384 (RHK/JSM)
            **ORDER**

v.

Burns & Hoffman, Inc.,

      Defendant.

   This matter is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 12). The Clerk of the Court previously entered Defendant's default in this action pursuant to Federal Rule of Civil Procedure 55(a). (See Doc. No. 7.) Plaintiff subsequently moved for the entry of a default judgment totaling $5,706.50. Despite notice, Defendant has not responded to the Motion or otherwise appeared in this action.

   Having reviewed the Motion and supporting documents, and having noted Defendant's failure to appear, the Court concludes that Plaintiff is entitled to the requested relief. Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that Plaintiff's Motion for Default Judgment (Doc. No. 12) is **GRANTED**, and Plaintiff shall recover of Defendant the sum of $5,706.50.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 3, 2011          s/Richard H. Kyle
                 RICHARD H. KYLE
                 United States District Judge